UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY E. DAVIS, | ) | CASE NO. CV 12-07359 VBF (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| M. SELIKTAR, O. HICKS, | ) | |
| Defendants. | ) | |

The Court, having reviewed the First Interim Report and Recommendation of United States Magistrate Judge hereby accepts the report and adopts it as its own.

Accordingly, it is ORDERED that Defendant M. Seliktar is dismissed from the action with prejudice and without leave to amend.

When Judgment is entered, the Judgment shall reflect this ruling of the Court.

DATED: October 31, 2012

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE