UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY E. DAVIS,** | CASE NO. CV 2:12-07359-VBF-RZ |
| Plaintiff, | |
| v. | RULE 58 FINAL JUDGMENT |
| M. SELIKTAR in both official capacity and individual capacity, and | |
| O. HICKS in both official capacity and individual capacity, | |
| Defendants. | |

    Final judgment is hereby entered in favor of both defendants in both their official and individual capacities and against the plaintiff.

DATED:  June 20, 2014

*Valerie Baker Fairbank*

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE